**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Ibrahima Barry,<br><br>Petitioner,<br><br>v.<br><br>Warden, Delaney Hall Detention Facility; John Tskoukaris, in his capacity as Newark Field Office Director, Immigration and Customs Enforcement; Kristi Noem, in her capacity as Secretary, Department of Homeland Security; Pamela Bondi, in her capacity as U.S. Attorney General,<br><br>Respondent. | Case No.  25-cv-14144<br><br><br>**ORDER ADMITTING**<br>**REBECCA PRESS *PRO HAC VICE*** |

**THIS MATTER** having been opened by the Court by Jeanne LoCicero, co-counsel for Petitioner, seeking an Order admitting Rebecca Press of Co-Counsel NYC, *pro hac vice,* and with no opposition having been filed and good cause having been shown;

**IT IS** on this 8th day of September, 2025, **ORDERED** as follows:

1. Rebecca Press is hereby admitted *pro hac vice* to appear in this matter for all purposes on behalf of Petitioner;

2. All pleadings, briefs, and other papers filed with the Court on behalf of Petitioner, shall be signed by a lawyer who is licensed to practice in the District of New Jersey, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby;

3. Rebecca Press shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) and L. Civ. R. 101.1(c)(2) for each calendar year this matter is pending;

4.  Rebecca Press is required to abide by the Rules governing this Court, including all disciplinary rules, and to notify the Court immediately of any matter affecting his or her standing at the bar of any court.

IT IS SO ORDERED:

Dated this 8th day of September, 2025

_____

Hon. Julien Xavier Neals, U.S. District Judge